JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Albert Aloian DDS, A Professional Corporation , <br><br> Plaintiff, <br><br> v. <br><br> Tian Jin DDS, Inc. et al , <br><br> Defendants. | SACV 22-01891-JVS(JDEx) <br><br> ORDER OF DISMISSAL |

The Court having issued an Order to Show Cause on January 3, 2023 as to why this action should not be dismissed for lack of prosecution, and to date no response having been filed,

IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute.

DATED: March 28, 2023

_____
James V. Selna
United States District Judge